UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK RADDEN KEEFE,                          :

            Plaintiff,                              :

          -against-                                  :

U.S. FOOD & DRUG ADMINISTRATION,     :

           Defendant.                             :
------------------------------------------------------------X

**ORDER**

19-CV-6752 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 14, 2020, at 2:00 p.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
      June 16, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE